COURTROOM DEPUTY MINUTES           DATE: 9-25-2006
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 2:19-2:34 pm
2:35-2:37 pm

☒ **INITIAL APPEARANCE**
☐ BOND HEARING
☐ DETENTION HEARING
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT
☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
☐ PRELIMINARY EXAMINATION

---

PRESIDING MAG. JUDGE __VPM__   DEPUTY CLERK: __sq1__

CASE NO. __2:06CR211-WKW__   DEFT. NAME: __Xavier THOMAS__

USA: __Redmond__   ATTY: __Conrad__

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (CDO)
( ) Stand In ONLY

USPTSO/USPO: __Wood__

Defendant ____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO ____ YES   NAME: _____

---

☒ kars.   Date of Arrest __7-22-06__ or ☐ karsr40
☒ kia.   Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
☒ kcnsl.   Deft. First Appearance with Counsel
☐   Deft. First Appearance without Counsel
☒   Requests appointed Counsel   ☐ ORAL MOTION for Appointment of Counsel
☒ kfinaff.   Financial Affidavit executed ☐ to be obtained by PTSO
☒ koappted   ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
☐ k20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐   Deft. Advises he will retain counsel. Has retained _____
☐   Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
☐   Government's WRITTEN Motion for Detention Hrg. filed.
☐ kdmhrg.   **Detention Hearing** ☐ held; ☐ set for _____
☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
☒ kocondrls.   Release order entered. Deft. advised of conditions of release
☒ kbnd.   ☒ **BOND EXECUTED** (M/D AL charges) $__25,000__. Deft released (kloc LR)
   ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
☐ kloc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
☐   Preliminary Hearing ☐ Set for _____
☐ ko.   Deft. **ORDERED REMOVED** to originating district
☐ kwvprl.   Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
☐   Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
☒ karr.   **ARRAIGNMENT** SET FOR: _____ ☒ HELD. Plea of **NOT GUILTY** entered.
   ☒ Set for __1-8-07__ Trial Term; ☐ **PRETRIAL CONFERENCE DATE:** __10-13-06__
   **DISCOVERY DISCLOSURES DATE:** __9-25-06__
☐ krmknn.   NOTICE to retained Criminal Defense Attorney handed to Counsel
☐ krmvhrg.   Identity/Removal Hearing set for _____
☐ kwvspt   Waiver of Speedy Trial Act Rights Executed