**COURTROOM DEPUTY'S MINUTES**                **DATE:** 10/16/06

**MIDDLE DISTRICT OF ALABAMA**                Digital Recording: 9:34 - 9:34

<b><u>PRETRIAL CONFERENCE</u></b>

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 2:06cr211-WKW
 **PLAINTIFF:** USA                               **DEFENDANT(S):** Xavier Thomas

| PLAINTIFF | APPEARANCES | DEFENDANT |
|---|---|---|
| Kent B. Brunson | * * * * | Jennifer Hart |

❏ **DISCOVERY STATUS:**     Complete

❏ **PENDING MOTION STATUS:**
                            None

❏ **PLEA STATUS:**          Possible Trial

❏ **TRIAL STATUS**          1 Day for Trial
                            1/8/07 Trial Term

❏ **REMARKS:**