## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06-cr-211-WKW** |
| ) | |
| **XAVIER THOMAS** ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, Xavier Thomas, by undersigned counsel, Christine A. Freeman, and respectfully requests pursuant to 18 U.S.C. § 3161(h)(8)(A) that this Court continue this matter from January 8, 2007 trial docket.

In further support of this motion, the Defendant would show the following:

1. The undersigned counsel and government need additional time to discuss scheduling a proffer in this case; and both parties agree that a trial is unlikely.

2. The attorney for the government in this case, Kent Brunson, Esq., does not oppose this motion.

**WHEREFORE**, the defendant respectfully prays that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Xavier Thomas
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kent Brunson, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

      **s/Christine A. Freeman**
      **CHRISTINE A. FREEMAN**
      **TN BAR NO.: 11892**
      Attorney for Xavier Thomas
      Federal Defenders
      Middle District of Alabama
      201 Monroe Street, Suite 407
      Montgomery, AL 36104
      TEL:   (334) 834-2099
      FAX:   (334) 834-0353
      E-Mail: Christine_Freeman@fd.org