IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:06cr211-WKW |
| | ) [21 USC 844(a); |
| XAVIER THOMAS | ) 18 USC 922(g)(3)] |
| | ) |
| | ) INFORMATION |

The Grand Jury charges:

### COUNT 1

On or about the 29th day of May, 2006, in Montgomery, Alabama, within the Middle District of Alabama,

XAVIER THOMAS,

defendant herein, knowingly and intentionally possessed approximately 53.46 grams of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 844(a).

### COUNT 2

On or about the 29th day of May, 2006, in Montgomery, Alabama, within the Middle District of Alabama,

XAVIER THOMAS,

defendant herein, then being an unlawful user of marijuana, a controlled substance, knowingly possessed a Smith and Wesson .40 caliber pistol, Model SW40VE, Serial Number PDJ0044, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(3).

### FORFEITURE ALLEGATION - COUNT 1

A.     Counts 1 and 2 of this Information are hereby repeated and incorporated herein by reference.

B.     Upon conviction for the violation as alleged in Count 1 of this Information, the defendant,

XAVIER THOMAS,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained, directly or indirectly, as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1.

C.     If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or,

    (5) has been commingled with other property which cannot be subdivided

without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 21, United States Code, Section 841.

## FORFEITURE ALLEGATION - COUNT 2

A.  Counts 1 and 2 of this Information are hereby repeated and incorporated herein by reference.

B.  Upon conviction for the violation as alleged in Count 2 of this Information, the defendant,

XAVIER THOMAS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

**One Smith & Wesson .40 caliber pistol, Model SW40VE, bearing serial number PDJ0044.**

C.  If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

    (1)  cannot be located upon the exercise of due diligence;

    (2)  has been transferred, sold to, or deposited with a third person;

    (3)  has been placed beyond the jurisdiction of the court;

    (4)  has been substantially diminished in value; or,

    (5)  has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 924.

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
John T. Harmon
Assistant United States Attorney

*[signature]*
Kent B. Brunson
Assistant United States Attorney