# *United States District Court*

MIDDLE _____ RECEIVED DISTRICT OF _____ ALABAMA _____

2007 APR 02 A 9: 59

L. ??? C. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA

v.

XAVIER THOMAS

**WAIVER OF INDICTMENT**

CASE NUMBER: 2:06Cr 211-WKW

I, _____ XAVIER THOMAS _____, the above named defendant, who is accused of

VIOLATIONS OF TITLE 21 USC § 844(a) and TITLE 18 USC § 922(g)(3),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _____ 4-2-07 _____ prosecution by indictment and consent that the

_____Date_____

proceeding may be by information rather than by indictment.

_____ Xavier Thomas _____
*Defendant*

_____ Christin A?? _____
*Counsel for Defendant*

Before _____
*Judicial Officer*