IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. NO. 2:06-CR-211-WKW |
| ) | |
| XAVIER THOMAS ) | |

### MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to Dismiss the Indictment heretofore filed in the above-styled cause to Xavier Thomas on the following grounds, to wit: Thomas pleaded guilty to an Information on April 2, 2007.

Respectfully submitted this the 2nd day of April, 2007.

                                            Respectfully submitted,

                                            LEURA G. CANARY
                                            UNITED STATES ATTORNEY

                                            /s/ Kent B. Brunson
                                            KENT B. BRUNSON
                                            Assistant United States Attorney
                                            One Court Street, Suite 201
                                            Montgomery, Alabama 36104
                                            Phone:  (334) 223-7280
                                            FAX:  (334) 223-7135
                                            E-mail: kent.brunson@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CR. NO. 2:06-CR-211-WKW** |
| ) | |
| **XAVIER THOMAS** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Christine Freeman, Esq.

    Respectfully submitted,

    /s/ Kent B. Brunson
    **KENT B. BRUNSON**
    **Assistant United States Attorney**
    **One Court Street, Suite 201**
    **Montgomery, Alabama 36104**
    **Phone: (334) 223-7280**
    **FAX: (334) 223-7135**
    **E-mail: kent.brunson@usdoj.gov**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | )   CR. NO. 2:06-CR-211-WKW |
| | ) |
| **XAVIER THOMAS** | ) |

**O R D E R**

Upon consideration of the Motion for Leave to Dismiss Indictment heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____day of April, 2007.

_____
**UNITED STATES MAGISTRATE JUDGE**