UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cr-211-WKW |
| | ) | |
| XAVIER THOMAS | ) | |

## ORDER

Upon consideration of the United States of America's Motion for Leave to Dismiss Indictment (Doc. # 33), and for good cause shown, it is ORDERED that the motion is GRANTED and the indictment as to Xavier Thomas is DISMISSED.

DONE this the 18th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE