IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
            v.                  )        CR. NO. 2:06-cr-211-WKW
                                )
XAVIER THOMAS                   )

ORDER

Upon due consideration of the United States of America's Motion to Add Publication Dates

to Record (Doc. # 41), it is ORDERED that the motion is GRANTED.

DONE this 25th day of May, 2007.

_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE