**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 30, 2007

# NOTICE OF DEFICIENCY

**To:** John Harmon

**From:** Clerk's Office

**Case Style:** USA vs. Xavier Thomas

**Case Number:** 2:06-cr-00211-WKW

**Referenced Pleading:** Document #40
Motion to Add Publication Dates to Record

**A Notice of Deficiency has been filed in the above referenced case to reflect that the above referenced pleading was docketed in this case in error.**