# United States District Court

for

## Middle District of Alabama

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Xavier Thomas                                   Case Number: 2:06cr211-WKW

Name of Presiding Judicial Officer: The Honorable W. Keith Watkins, U.S. District Judge

Name of Releasing Judicial Officer: The Honorable Vanzetta Penn McPherson, U.S. Magistrate Judge

Date of Release: September 26, 2006

Type of Release: $25,000 unsecured bond with pretrial supervision

Convicted Offense: Possession of Marijuana
                   Felon in Possession of a Firearm

Voluntary Surrender Date: August 30, 2007

Assistant U.S. Attorney: Kent Brunson                              Defense Attorney: Christine A. Freeman

## NONCOMPLIANCE SUMMARY

The defendant has not complied with the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7(p) "The defendant shall refrain from any use or unlawful possession of narcotic drug and other controlled substances defined in 21 U.S.C. Section 802 unless prescribed by a licensed medical practitioner." | On August 8, 2007, the defendant submitted a urine sample which yielded presumptive positive results for marijuana. The defendant readily admitted to having used marijuana on or about July 21, 2007. |

**U.S. Probation Officer Action:**

The defendant was released on pretrial supervision on September 26, 2006. On July 17, 2007, the defendant was sentenced to five (5) months imprisonment with a voluntary surrender date of August 30, 2007. The Court recommended that the defendant be designated to a halfway house where substance abuse treatment would be available.

The defendant has been actively participating in substance abuse treatment at the Chemical Addictions Program (CAP) since November, 2006. He was referred to CAP by the U.S. Probation Office following an admission of having used marijuana on or about October 21, 2006. The defendant is scheduled to transition into the aftercare component of the program within the next few weeks. Should the defendant be designated to Bannum Place of Montgomery for service of his federal sentence, he would likely be permitted to continue substance abuse treatment at CAP.

**U.S. Probation Officer Recommendation:**

At the defendant's initial appearance on September 26, 2006, U.S. Magistrate Judge Vanzetta Penn McPherson indicated that the defendant's bond should be revoked upon failure of any drug test. The defendant was afforded the opportunity of drug treatment following his October 21, 2006 admission of marijuana in lieu of revocation. It is recommended that due to the defendant's continued drug use while on release pending voluntary surrender, coupled with the previous efforts to assist the defendant, that his voluntary surrender date be rescinded and that he be immediately taken into custody to begin service of his sentence.

Respectfully submitted,

by Jason M. Dillon
U.S. Probation Officer
Date: August 14, 2007

Reviewed and approved: Sandra D. Wood
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
U.S. District Judge

_____
Date