**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-211-WKW |
| | ) | |
| XAVIER THOMAS | ) | |

## ORDER

It is CONSIDERED and ORDERED that a hearing is hereby SET on **August 17, 2007 at 9:00 a.m.** before the Honorable W. Keith Watkins, United States District Judge, in Courtroom 2E of the Frank M. Johnson, Jr. U. S. Courthouse Complex, One Church Street, Montgomery, Alabama, to consider revocation of the order releasing defendant pending voluntary surrender.

DONE this 15th day of August, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE