IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.: 2:06cr211-WKW |
| | ) | |
| XAVIER THOMAS | ) | |

**ORDER**

On August 15, 2007, the defendant appeared for an Initial Appearance on a Petition for Revocation (Doc. # 51) at which time defendant waived his right to a Preliminary Hearing. Accordingly, it is

ORDERED that the defendant be held to answer the charges against him in this court, and he is remanded to the custody of the United States Marshal pending his revocation hearing at 9:00 a.m. on August 17, 2007, before United States District Judge William Keith Watkins.

DONE this 16th day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE