AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

**DEFENDANT:** XAVIER THOMAS
**CASE NUMBER:** 2:06cr211-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

5 Months Imprisonment. This term consists of terms of five months on each of counts 1s and 2s, to be served concurrently.

X The court makes the following recommendations to the Bureau of Prisons:

The Court recommends to the Bureau of Prison that the defendant be designated to a halfway house for service of this sentence. The Court further recommends that the defendant be designated to a facility where drug treatment is available.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　X before 2 p.m. on　August 30, 2007　.

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

RETURNED AND FILED
AUG 3 0 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

I have executed this judgment as follows:

Defendant delivered on  8-23-2007 via USM  to  FPC MON
at  Maxwell AFB, AL 36112 , with a certified copy of this judgment.

　　　　　　　　　　　　　　　　　　D. DREW, WARDEN
　　　　　　　　　　　　　　　　　　~~UNITED STATES MARSHAL~~

　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　DEPUTY UNITED STATES MARSHAL